IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

|  |  |  |
|---|---|---|
| ME2 PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:16-cv-468-JVB-PRC |
| | ) | |
| DOES 1-9, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF DOE 6, ONLY

Plaintiff, ME2 Productions, Inc., by counsel and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) and 41(a)(1)(B), respectfully notifies the Court of its voluntary dismissal, without prejudice, of its complaint against the Defendant identified in Exhibit B to the Complaint [DE 1-2] as Does 1-5 and 7-9. No further claims remain.

Dated this 13th day of June, 2017.

   /s/ R. Matthew Van Sickle       .
R. Matthew Van Sickle
Indiana State Bar No. 24430-41
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 469-5685
Email: rmv@lynchvansickle.com

*Attorney for ME2 Productions, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of June, 2017, he electronically filed the foregoing "**NOTICE OF VOLUNTARY DISMISSAL**" with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing to the parties who have appeared in this case.

  /s/ R. Matthew Van Sickle     .
R. Matthew Van Sickle
Indiana State Bar No. 24430-41
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
Telephone: (919) 469-5685
Email: rmv@lynchvansickle.com

*Attorney for ME2 Productions, Inc.*